No. 7,552.—P. J. CAVANAUGH ET AL., PLAINTIFFS, v. SCHOOL DISTRICT No. 1, SILVER BOW COUNTY, ET AL., DEFENDANTS.

Decided March 12, 1936.

PER CURIAM.—It appearing to the court from the certificate of the clerk of the court of the Second Judicial District that a judgment in favor of the defendants herein was duly docketed on the 13th day of January, 1936, and that notice of appeal therefrom was duly served and filed on March 3, 1936, and that no undertaking on appeal has been filed herein,—

Now, on application of counsel for the defendants, it is ordered that the purported appeal be, and the same is hereby, dismissed.

*Mr. John K. Claxton* and *Mr. Philip O'Donnell*, for Plaintiffs.

*Mr. H. J. Freebourn, Mr. N. A. Rotering, Mr. Clarence Hanley* and *Mr. T. F. O'Connell*, for Defendants.